Sheriff that would suggest a deliberate indifference to plaintiff's safety. Moreover, the Sheriff cannot be held liable for the alleged acts of his deputies based upon a theory of respondeat superior (see, Johnson v Glick, 481 F2d 1028, 1033, cert denied sub nom. John v Johnson, 414 US 1033).

Lastly, the County is not liable for the acts of either the Sheriff or his deputies under a theory of respondeat superior because the allegedly unconstitutional action did not implement or execute an official decision, regulation, ordinance or policy statement of that governmental entity (see, Monell v New York City Dept. of Social Servs., 436 US 658, 690; see also, Canton v Harris, 489 US 378). (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Summary Judgment.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.

■ ELMER H. PETERS et al., Appellants, v HERBERT DEPPA, as Executor of SHERWOOD C. PETERS, Deceased, Respondent. (Appeal No. 1.) [612 NYS2d 987] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Corning, J. (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—Change of Venue.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.

■ ELMER H. PETERS et al., Appellants, v HERBERT DEPPA, as Executor of SHERWOOD C. PETERS, Deceased, Respondent. (Appeal No. 2.) [612 NYS2d 987] —Appeal unanimously dismissed without costs (see, CPLR 5701 [a]). (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—Stay.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.

■ ELMER H. PETERS et al., Appellants, v HERBERT DEPPA, as Executor of SHERWOOD C. PETERS, Deceased, Respondent. (Appeal No. 3.) [612 NYS2d 988] —Appeal unanimously dismissed without costs (see, Empire Ins. Co. v Food City, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—Reargument.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.

■ ORCHARD PARK LEASING, INC., Respondent, v LOUIS A. BALDANZA, JR., Defendant, and DANIEL DICATERINO, JR., et al., Appellants. [609 NYS2d 738] —Order and judgment unanimously reversed on the law without costs, motion denied and cross motion granted. Memorandum: Defendants Daniel DiCaterino, Jr., and Antoinette DiCaterino appeal from an order and judgment summarily awarding plaintiff damages, attorney's fees, interest and costs for their alleged failure to pay, upon